## WOOSTER *v.* BLAKE and others.

*(Circuit Court, S. D. New York.   June 20, 1881.)*

**1. EQUITY PRACTICE—RULE 34.**

Rule 34 of the rules of practice prescribed by the supreme court for the courts of equity of the United States, requires that on overruling a plea the defendant shall be allowed to answer; that leave must be given to it.

In Equity.

*F. H. Betts,* for complainant.

*W. H. L. Lee,* for defendants.

BLATCHFORD, C. J.   The company is willing to have its plea overruled.   That is all the plaintiff can ask.   But rule 34 requires that on overruling a plea the defendant shall be allowed to answer; that leave must be given to it.   A preliminary injunction will be issued against the other defendants on the claims of the Robjohn patent, which was adjudicated upon in the decision; but if such an injunction is asked for against the company, it must be moved for on papers and notice.   An order will be settled on notice.